Form 210A (12/09)

# United States Bankruptcy Court

**Northern** District Of **Illinois**

In re ___Darrin D Raines___,    Case No. ___15-02951___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services LLC<br>_____<br>Name of Transferee | Ditech Financial LLC<br>_____<br>Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services LLC
P.O. Box 55004
Irvine, CA 92619-2708

Phone: ___888-504-6700___
Last Four Digits of Acct #: ___1985___

Court Claim # (if known): ___8-2___
Amount of Claim: ___177,386.96___
Date Claim Filed: ___10/12/2015___

Phone: ___888-298-7785___
Last Four Digits of Acct. #: ___2683___

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services LLC
P.O. Box 52708
Irvine, CA 92619-2708

Phone: ___888-504-6700___
Last Four Digits of Acct #: ___1985___

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___Timothy R. Yueill___    Date: ___12/7/2016___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

__**Northern**__ District Of __Illinois__

In re __Darrin D Raines__,    Case No. __15-02951__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __12/7/2016__

| | |
|---|---|
| Ditech Financial LLC | MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services LLC |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Address of Transferee:<br>Rushmore Loan Management Services LLC<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**

**RUSHMORE**
LOAN MANAGEMENT
SERVICES

P.O. Box 55004
Irvine, CA 92619-2708
888.669.5600 toll free
949.341.0777 local
949.341.2200 fax
www.rushmorelm.com

August 29, 2016

Darrin . Raines
Yolonda . Raines
.
11601 S Longwood Dr
Chicago, IL 60643-4829

**Your New Loan Number:**
Property Address:      11601S LONGWOOD DR
                       CHICAGO, IL 60643

Dear Mortgagor:

Welcome to Rushmore Loan Management Services. Our intention is to meet your loan servicing requirements with efficient, prompt and courteous service. Below you will find important information regarding how to contact us, make payments and set-up your online account. We encourage you to visit our website at www.rushmorelm.com and create a log-in after receiving this letter.

> Rushmore will be your new servicer. The business addresses for your new servicer are as follows:
>
> <u>Correspondence Address</u>
> **Rushmore Loan Management Services LLC**
> **15480 Laguna Canyon Rd., Suite 100**
> **Irvine, CA 92618**
>
> <u>Payment Address</u>
> **Rushmore Loan Management Services LLC**
> **P.O. Box 514707**
> **Los Angeles, CA 90051-4707**

If you have any questions related to the transfer of servicing to Rushmore, call our Customer Service Department at 888-504-6700, Monday through Thursday, 6 a.m. to 7 p.m., Friday 6 a.m. to 6 p.m. Pacific. Please have your new loan number shown above available when calling.

Rushmore offers several convenient ways to make your monthly payment. You can make your payment by phone at 888-504-6700 or through our website at www.rushmorelm.com. Click on the upper banner called **ACCOUNT LOGIN** and you can make a Payment or sign-up for **Auto Draft Payments.** Rushmore highly recommends this option, as it helps prevent you being late on any of your very important mortgage payments. For a small fee you can also utilize Western Union Quick Collect **(Code City: Rushmore Code State: CA).**

Rushmore Loan Management Services LLC requests that you make every effort to remit your monthly payments on the contractual due date shown on the note and your payment coupon. Late charges may be assessed on payments not made on time.

If you wish to speak with a Housing Counseling Agency certified by the U.S. Department of Housing and Urban Development (HUD), please call the following toll-free number: (800) 569-4287.

Please review the attached statement of your debt. Please keep this letter with your records as an informational reference. If we can be of assistance in any way, please don't hesitate to contact us.

Sincerely,
Rushmore Loan Management Services LLC
Loan Servicing Department

**LEGAL NOTIFICATION:** *Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.*

**Notice of Error Resolution & Information Request Procedures**

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC. (RLMS). Please keep this document for your records.

If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:

<u>**Rushmore Loan Management Services LLC**</u>
**P.O. Box 52262**
**Irvine, California 92619-2262**

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error OR a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Please keep this document for your records.**

**Important Privacy Choices for California Consumers**

You have the right to control whether we share some of your personal information.
Please read the following information carefully before you make your choices below.

<u>Your Rights</u>

If you are a California resident, you have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

<u>Your Choices</u>

**Restrict Information Sharing With Companies we own or Control (Affiliates):** Unless you say "No," we may share personal and financial information about you with our affiliated companies.

☐   NO, please do not share personal and financial information with your affiliated companies.

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

☐   NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

---

<u>Time Sensitive Reply</u>

You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

Name:

Account or Policy Number(s): _____
*[to be filled in by consumer]*

Signature: _____

To exercise your choices do one of the following:
1.  Fill out, sign and send back this form (you may want to make a copy for your records);
2.  Call this toll-free number 888-504-6700
3.  Reply by mailing us at this address:

**Customer Service (Opt Out)**
**Rushmore Loan Management Services LLC**
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618

3

| **FACTS:** What does Rushmore Loan Management Services, on behalf of itself and the owner of your loan, do with your personal information? |
|---|

| **WHY?** Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|

| **WHAT?** The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>▪ Social Security numbers and income<br>▪ Account balances and payment history<br>▪ Credit history and credit scores |
|---|

| **HOW?** All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Rushmore Loan Management Services, on behalf of itself and the owner of your loan, chooses to share; and whether you can limit this sharing. |
|---|

| **Reasons We Need To Share Your Personal Information** | **When Does Rushmore Loan Management Services Share My Information?** | **Can I Limit the Sharing of This Information?** |
|---|---|---|
| For our everyday business purposes — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes — to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes — information about your transactions and experiences | No | We don't share, not applicable. |
| For our affiliates' everyday business purposes — information about your creditworthiness | No | We don't share, not applicable. |
| For non-affiliates to market to you | No | We don't share, not applicable. |
|  | For Questions Call **888-504-6700** or go to www.rushmorelm.com |  |

| **Who We Are** ||
|---|---|
| **Who is providing this notice?** | Rushmore Loan Management Services, on behalf of itself and the owner of your loan. |
| **How does Rushmore Loan Management Services protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. We restrict access to nonpublic personal information about you to those persons who need to know that information to manage your account or provide products or services to you, as permitted under applicable law. We maintain physical, electronic, and procedural safeguards that comply with applicable federal and state regulations to guard your nonpublic personal information. |
| **How does Rushmore Loan Management Services collect my personal information?** | We collect your personal information from a variety of sources, including:<br>▪ Information you provide us in connection with your account |

| | |
|---|---|
| | - Information about your account, including balances and payment history<br>- Information we receive from outside sources, such as consumer credit reporting agencies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>- sharing for affiliates' everyday business purposes — information about your creditworthiness<br>- affiliates from using your information to market to you<br>- sharing for non-affiliates to market to you, unless such non-affiliates are parties to Joint Marketing Agreements with us<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>- Rushmore Loan Management Services does not share with our affiliates. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>- Rushmore Loan Management Services does not share with non-affiliates so they can market to you. |
| **Joint Marketing Agreement** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br>- Our joint marketing partners include mortgage companies and other companies that we believe may help you to improve your credit rating, manage your debts or refinance your loan. |
| **Joint Marketing Agreement** | A formal agreement between non-affiliated financial companies that together market financial products or services to you. Our joint marketing partners include mortgage companies and other companies that we believe may help you to improve your credit rating, manage your debts or refinance your loan. |

## Other Important Information

**California Residents.** If you are a <u>resident of California</u>, you are permitted to limit our disclosure of your non-public personal information to non-affiliated financial institutions with which we have a joint marketing agreement. You may request that we not share your non-public personal information with these third parties by (1) completing, signing and returning to us the attached form entitled "Important Privacy Choices for Consumers" or (2) notifying us using one of the methods set forth in the "Important Privacy Choices for Consumers." Except as set forth above, Rushmore Loan Management Services will not share your non-public personal information with other unaffiliated third parties.

**Vermont Residents.** If you are a <u>resident of Vermont</u>, as stated above, Rushmore Loan Management Services will not disclose personal information that we collect about you to nonaffiliated third parties except to enable them to provide marketing services on our behalf, to perform joint marketing agreements with other financial institutions, or as required or permitted by law or applicable regulatory or industry standards or practices. To the extent we enter into such joint marketing agreements with other financial institutions, we will only provide those institutions with your name, contact information and information about our transactions and experiences with you.

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 12/31/17 |
|---|---|---|

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?
- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?
- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.
  *Rushmore Loan Management Services LLC / 15480 Laguna Canyon Road, Suite 100 / Irvine CA  92618*
  *Telephone:  (888) 504-6700 / Fax:  (949) 453-9397*
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate.  Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service.  Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
  - "Military OneSource" is the U. S. Department of Defense's information  resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

**Rushmore Loan Management Services, LLC**
**Substitute Form W-9**
**REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION**

**PRIVACY ACT STATEMENT**

Section 6109 of the Internal Revenue Code requires you to give your correct Taxpayer Identification Number (TIN) to persons who must file information returns with the IRS to report interest, dividends and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt or contributions you made to an IRA. The IRS will use the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation and to cities, states and the District of Columbia to carry out their tax laws. You must provide your TIN whether or not you are required to file a tax return. Payers must general withhold 30% of taxable interest, dividend and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

Name

| Business Name | Exempt From Backup Withholding ☐ |
|---|---|
| Address *(Number, Street, Apt. or Suite No.)* | |
| City, State and ZIP Code | List Account Number(s) (Optional) |

**SECTION I – TAXPAYER ID NUMBER, PAYEE TYPE AND BUSINESS OWNERSHIP TYPE**

**TAXPAYER ID NUMBER**

Enter your Taxpayer Identification Number (TIN) in the appropriate box. For individuals, this is your Social Security Number (SSN). For other entities, it is your Employer Identification Number (EIN).

Employer Identification Number (EIN)  [ ][ ] - [ ][ ][ ][ ][ ][ ][ ]

**OR**

Social Security Number (SSN)  [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

*(Please check one box in each column)*

| PAYEE TYPE | BUSINESS OWNERSHIP TYPE |
|---|---|
| ☐ Individual | ☐ Sole Proprietorship |
| ☐ Federal Government Agency | ☐ Partnership |
| ☐ State, Local Government Agency | ☐ Corporation |
| ☐ Law Firm or Practice | ☐ Government Agency |
| ☐ Legal Service Provider | ☐ Trust |
| ☐ Foreign/Non-resident *(Provide the appropriate Form W-8)* | ☐ Tax Exempt/Non-Profit |
| ☐ Other *(Please explain)*_____ | ☐ Other *(Please explain)*_____ |

**CERTIFICATION INSTRUCTIONS** – You must cross out item 2, below if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting of interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement account (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

**SECTION II – CERTIFICATION**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).
4. I am not subject to FATCA reporting.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Signature of U.S. Person | | | Date | |
|---|---|---|---|---|
| Name *(Please Print)* | Title | Telephone Number | Fax Number | |

9

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car. Please be advised that you can reach the Colorado Foreclosure Hotline at 1877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

All Other 022316

Doc#: 1627146001 Fee: $52.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 09/27/2016 08:50 AM Pg: 1 of 3

Prepared By and Return To:
Heather Neal
Collateral Department
Meridian Asset Services, Inc.
780 94th Avenue N., Suite 102
St. Petersburg, FL 33702
(727) 497-4650

TAX ID# 25-19-311-001-000

Loan No:
Svcr Ln No:
GS ID:

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **DITECH FINANCIAL, LLC, SUCCESSOR BY MERGER TO GREEN TREE SERVICING, LLC**, whose address is **1100 LANDMARK TOWERS, 345 ST. PETER STREET, ST. PAUL, MN 55102**, (ASSIGNOR), does hereby grant, assign and transfer to **MTGLQ INVESTORS, L.P.**, whose address is **6011 CONNECTION DRIVE, 5TH FLOOR, IRVING TX, 75039**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 1/23/2004
Original Loan Amount: $158,400.00
Executed by (Borrower(s)): **DARRIN RAINES AND YOLONDA RAINES**
Original Lender: **BANK OF AMERICA, N.A.**
Filed of Record: In Book/Liber/Volume N/A, Page N/A,
Document/Instrument No: 0404906069 in the Office of County Recorder of **COOK** County, IL, Recorded on **2/18/2004**.

Legal Description: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: **11601 SOUTH LONGWOOD DRIVE, CHICAGO, ILLINOIS 60643**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: **SEP 0 8 2016**

**DITECH FINANCIAL, LLC, SUCCESSOR BY MERGER TO GREEN TREE SERVICING, LLC, BY MTGLQ INVESTORS, L.P., ITS ATTORNEY-IN-FACT**

By: **STAN BACH**
Title: **VICE PRESIDENT**

Witness Name: **Huy Pham**

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      **TEXAS**
County of    **DALLAS**

On **SEP 0 8 2016**, before me, **E'meraude A. Rash**, a Notary Public, personally appeared **STAN BACH, VICE PRESIDENT of/for MTGLQ INVESTORS, L.P., AS ATTORNEY-IN-FACT FOR DITECH FINANCIAL, LLC, SUCCESSOR BY MERGER TO GREEN TREE SERVICING, LLC**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **TEXAS** that the foregoing paragraph is true and correct. I further certify STAN BACH, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*[signature]*

(Notary Name):  **E'meraude A. Rash**
My commission expires: **NOV 18 2019**

E'MERAUDE A. RASH
Notary Public State of Texas
My Commission # 130444321
My Comm. Exp. November 18, 2019

**EXHIBIT "A"**

LOT 24, IN BLOCK 97 IN WASHINGTON HEIGHTS, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 27, 1872, AS DOCUMENT NUMBER 397789 IN BOOK 2, OF PLATS, PAGES 45, 46 AND 47, IN COOK COUNTY, ILLINOIS. TAX ID#: 25-19-311-001-000