**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s)   <u>DARRIN D. RAINES,</u>   Case No. <u>15-02951</u>   Chapter <u>13</u>
All Cases: Moving Creditor   <u>MTGLQ Investors, LP</u>   Date Case Filed <u>01/29/2015</u>

Nature of Relief Sought:   ☒ Lift Stay  ☐ Annul Stay      ☐ Other (describe)

Chapter 13: Date of Confirmation Hearing _____   or Date Plan Confirmed   <u>1/29/15</u>

Chapter 7:     ☐ No-Asset Report Filed on
               ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ☒ Home
   b. ☐ Car   Year, Make and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date $ 177,386.96 per Claim 8-2
   Total of all other Liens against Collateral $ 0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in all cases) $ <u>240,993.00 per Debtor's Schedule A</u>

5. Default
   a. ☒ Pre-Petition Default
      Number of months  <u>34</u>                    Amount $ <u>32,723.64</u>

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months  <u>6</u>                  Amount $ <u>8730.00 (with $1162.39 being held in suspense)</u>
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ___                        Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362 (d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid                            Amount $
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe)

   d. Debtor's Statement of Intention regarding the Collateral
   i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention filed


Date:  04/22/2020              <u>/s/ Timothy R. Yueill</u>
                                 Submitted By