Form cxdsch23

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Darrin D Raines
11601 S Longwood Drive
Chicago, IL 60643
SSN: xxx−xx−5123 EIN: N.A.

Case No. : 15−02951
Chapter : 13
Judge :    Jacqueline P. Cox

---

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☐ Debtor has not certified that all domestic support obligations due have been paid.

                                        FOR THE COURT

Dated: September 3, 2020                Jeffrey P. Allsteadt, Clerk
                                        United States Bankruptcy Court